1

2

3

4

5          UNITED STATES DISTRICT COURT

6          DISTRICT OF NEVADA

7

| UNITED STATES OF AMERICA, | ) | 2:10-mj-00226-RJJ |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| Jose Diaz-Martinez, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

13          Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

14  endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint

15  filed on April 14, 2010.

16          DATED this 15th day of September, 2010.

17                                          DANIEL G. BOGDEN
                                            United States Attorney
18

19

20                                          _____/s/_____
                                            RUSSELL E. MARSH
21                                          Assistant United States Attorney
                                            Chief, Criminal Division

22

          Leave of Court is granted for the filing of the foregoing dismissal.
23

24          DATED this  31st  day of   March   2013.

25

26                                          _____
                                            United States Magistrate Judge